PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Theodore Israel   Cr.: 12-00291-001
                                    PACTS #: 44426

Name of Judicial Officer: Honorable Claire Cecchi
                        United States District Judge

Name of Sentencing Judicial Officer:   Honorable Edwin M. Kosik
                                                 United States District Judge, Middle District of Pennsylvania

Date of Original Sentence: 10/03/07

Original Offense: Possessing and Carrying a Firearm During, in Relation to, and in Furtherance of Drug Trafficking; a violation of 18 U.S.C. § 924(c)

Original Sentence: 60 months custody; 3 years supervised release; $100 Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 02/17/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  The offender has violated the standard supervision condition which states
                    **'You shall not commit another federal, state, or local crime.'**

                    On April 20, 2012, officers of the New York City Police Department were conducting a safety checkpoint at the northeast corner of Creston Avenue and 190th Street, in Bronx, New York, and stopping every other vehicle or any vehicle they determined to have a traffic violation. The offender was operating a gray, 2005 Chrysler SL 300. Upon further investigation, it was determined that the offender had a suspended license consisting of 12 scoffs on nine different dates. The offender was arrested by officers and charged with Aggravated Unlicensed Operation of a Motor Vehicle and Motor Vehicle License Violation: No License.

                    As confirmed by officials of the Bronx County Criminal Court, the offender appeared on April 21, 2012, and pleaded guilty to Aggravated Unlicensed Operation of a Motor Vehicle (an unclassified misdemeanor offense). He is to appear on June 21, 2012, in the Cashier's Part of the court, and pay a fine/surcharge of $580. If he does not appear as directed, a warrant will be issued for his arrest.

| | |
|---|---|
| 2 | The offender has violated the standard supervision condition which states 'You shall not leave the judicial district without the permission of the Court or Probation Officer.' |

Upon notifying the undersigned officer of his arrest on April 20, 2012, the offender reported he had traveled into New York for a family funeral in the Bronx. The offender failed to contact the undersigned officer and request permission to travel outside the state of New Jersey to attend this function.

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' |

The offender admitted he was driving his sister, Tina Israel, back to the halfway house she is currently confined, in the Bronx, when he was stopped and arrested for the offenses detailed in Violation No. 1. Tina Israel is a codefendant in the instant offense.

| | |
|---|---|
| 4 | The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.' |

On March 2, 2012, the undersigned officer conducted a visit at the offender's employment, Trophy Trucks. During the contact, the undersigned officer discussed the instant offense with the offender and specifically instructed him to not have any contact with his sister, Tina Israel, as she is a codefendant. The offender acknowledged this sibling would soon be released to a halfway house and be supervised in New York. The undersigned officer again stressed that given the instant offense, the offender is to not have contact with this sibling. The offender confirmed understanding.

U.S. Probation Officer Action:

On May 11, 2012, the offender was called into the probation office for an adjustment session with the undersigned's supervisor, during which the aforementioned issues were discussed, and the offender was verbally reprimanded for his actions. He was instructed that he is to notify his supervising officer of any travel into New York; that he is to not travel overnight; and, that he is to report any contact with his sister immediately to his supervising officer. Additionally, the supervisor instructed him to resolve and clear any outstanding issues with the New York Department of Motor Vehicles. As the issues were addressed with the offender during an adjustment session, the probation office recommends presentation of this document as a formal judicial reprimand. Our office will continue to monitor the offender's actions in the community, and any future issues of noncompliance will be reported to the Court.

Respectfully submitted,
Gisella M. Bassolino
2012.05.14
10:53:09 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 05/14/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other: Present this document to the offender as a formal judicial reprimand from the Court

_____
Signature of Judicial Officer

June 7, 2012
_____
Date